United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3058

_____

In re: Elmo McMillion,

      Debtor,

---------------------

Elmo McMillion,

      Appellant,

   v.

Riceland Foods, Inc.; Merlen Watson,

      Appellees.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Appeal from the United States
District Court for the
Eastern District of Arkansas.

[UNPUBLISHED]

_____

Submitted: April 7, 1998
Filed: April 15, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Elmo McMillion appeals from the district court's[1] order dismissing his bankruptcy appeal for failure to prosecute. After careful review of the record, we

---

[1]The HONORABLE GEORGE HOWARD, JR., United States District Judge for the Eastern District of Arkansas.

affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.  We deny all pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.